# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DALE FORSBERG,**

    **Plaintiff,**

v.                                           **Case No. 8:08-cv-445-T-30TGW**

**SUMMERVILLE SENIOR LIVING, INC.,**
**et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

The Court has been advised via Plaintiff's Notices of Acceptance of Offers of Judgment (Dkt. #12, #13, #14) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on June 25, 2008.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-445.dismissal 14.wpd